AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF   MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

DORACI PINTO DA SILVA, a/k/a
DORACI SILVA
12 EAMES STREET, #1
FRAMINGHAM, MA 01702
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 04-M00062-LPC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about          April 23, 2002          in          Middlesex          county, in the

District of          Massachusetts          defendant(s) did, (Track Statutory Language of Offense)

for the purpose of obtaining a benefit to which he was not entitled, or anything of value from any person, willfully, knowingly, and with intent to deceive, use a social security account number, assigned by the Commissioner of Social Security on the basis of false information furnished to the Commissioner of Social Security by him or by another person,

in violation of Title          42          United States Code, Section(s)          408(a)(7)(A)          .

I further state that I am a(x)          Special Agent, SSA          and that this complaint is based on the following
                                        Official Title

facts:

See attached Affidavit of Special Agent Vance Ely

Continued on the attached sheet and made a part hereof:          ☐ Yes          ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

08-31-2004                              at          Boston, Massachusetts
Date                                                 City and State

LAWRENCE P. COHEN
U.S. MAGISTRATE JUDGE                                Signature of Judicial Officer
Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1.   I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office since May 1997.  My duties include investigating violations of Title 42 and Title 18 of the United States Code.  During the period of my employment, I have conducted numerous investigations of Social Security fraud and other criminal violations.  I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years.  I also hold a Bachelor of Science degree from Westfield State College.

2.   SSA is an agency within the Executive Branch of the United States government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. §301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNC's are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number, shows the name of the person whose record is identified by that SSN, and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging an individual named Doraci Pinto Da Silva, a/k/a Doraci Silva ("SILVA") with social security account number fraud in violation of 42 U.S.C. §408(a)(7)(A)¹.

¹42 U.S.C. §408(a)(7)(A) reads in pertinent part: Whoever- ...for the purpose of obtaining anything of value from any person, or for any other purpose-(A) willfully, knowingly,

2

5. SILVA is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, SILVA is not present legally in the United States.

6. As an alien illegally present in the United States, SILVA is not entitled to receive a Social Security Account number card.

7. On October 19, 2001, SILVA applied for a social security account number card. SILVA falsely represented on the application, known as an SS-5, that he is a legal alien allowed to work in the United States, knowing that, in truth and in fact, he was not a legal alien allowed to work in this country.[2]

8. As a result of providing false information, SILVA received social security account number "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."

---

and with intent to deceive, uses a social security account number, assigned by the Commissioner of Social Security (in the exercise of the Commissioner's authority under section 405(c)(2) of this title to establish and maintain records) on the basis of false information furnished to the Commissioner of Social Security by him or by any other person [shall be guilty of a crime.]

[2]SILVA's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, Jesse Rocha pled guilty to conspiracy to commit fraud in connection with identifcation documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1,700 applications for SSNCs for illegal aliens during the period from April of 2000 until December of 2002. See Ind. 02-10405-GAO.

3

9. The Massachusetts Registry of Motor Vehicles ("RMV") requires that an individual applying for a driver's license present proof of identification such as a valid social security account number.

10. On April 23, 2002, SILVA applied for a Massachusetts driver's license. On the application, SILVA used the SSN he fraudulently obtained by providing the SSN to the RMV. As a result, a Massachusetts driver's license was issued to SILVA.

4

Based upon the foregoing information, I believe there is probable cause to believe that on April 23, 2002, SILVA did willfully, knowingly, and with intent to deceive, use a Social Security Account number, assigned by the Commissioner of Social Security on the basis of the false information furnished to the Commissioner of Social Security by SILVA and other persons on SILVA's behalf, to apply for and to obtain a Massachusetts driver's license in violation of Title 42, United States Code, Section 408(a)(7)(A).

Vance Ely
Special Agent
United States Social Security
Administration
Office of Inspector General

Subscribed and sworn to before me this 31st day of August, 2004

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

5

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet** _____     **U.S. District Court - District of Massachusetts**

**Place of Offense:**                                    Category No. _II_____     **Investigating Agency** _SSA_____

**City** _Watertown_____     **Related Case Information:**

**County** _Middlesex_____     Superseding Ind./ Inf. _____     Case No. _____
                                        Same Defendant _____     New Defendant _____
                                        Magistrate Judge Case Number _____
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _DORACI PINTO DA SILVA_____     Juvenile     ☐ Yes     ☒ No

Alias Name _DORACI SILVA_____

Address _____

Birth date: _1967_____     SS#: _5964_____     Sex: _M__ Race: _HISPANIC_____ Nationality: _BRAZILIAN_____

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DONALD L. CABELL_____     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes     ☐ No     **List language and/or dialect:** _Portugese_____

**Matter to be SEALED:** ☐ Yes     ☒ No

      ☐ **Warrant Requested**          ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:** _August 31, 2004_____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ **On Pretrial Release:  Ordered by** _____ on _____

**Charging Document:** ☒ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:  August 31, 2004**          **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**    DORACI PINTO DA SILVA a/k/a DORACI SILVA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 42 U.S.C. 408(a)(7)(A) | Fraudulent use of Social Security Card | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

SSA _____