# United States District Court

_____ DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
v.

Doraci Pinto Da Silva

*Amended*
CRIMINAL COMPLAINT

CASE NUMBER: 04-62

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 23, 2002__ in __Middlesex__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense) did knowingly possess a false identification document which appeared to be issued by or under the authority of the United States, knowing that such document was produced without lawful authority

in violation of Title __18__, United States Code, Section(s) __1028(a)(6)__ ;

I further state that I am a(n) __Special Agent, Social Security Administration__ and that this complaint is based on the following facts:
                                Official Title

See Attached Affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant
Vance Ely
Special Agent, Social Security Administration
United States Department of the Treasury

Sworn to before me and subscribed in my presence,

September 14, 2004                                    at      Boston, Massachusetts
Date                                                           City and State

Lawrence P. Cohen, United States Magistrate Judge
Name & Title of Judicial Officer                                Signature of Judicial Officer

## AFFIDAVIT OF SPECIAL AGENT VANCE ELY

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office, since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States Government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. §301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging Doraci Pinto Da Silva (Da Silva) with fraud in violation of 18 U.S.C. §1028(a)(6).[1]

---

[1] 18 U.S.C. §1028(a)(6) provides in pertinent part: Whoever ... knowingly possesses an identification document that is or appears to be an identification document of the United States which is ... produced without lawful authority knowing that such document was

2

5. Da Silva is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, at all relevant times he has not been present legally in the United States.

6. As an alien illegally present in the United States, Da Silva is not entitled to receive a Social Security Account number card.

7. On October 19, 2001, Da Silva applied for a Social Security Account number card. Da Silva falsely represented on the application, known as an SS-5, that he was a legal alien allowed to work, knowing that, in truth and in fact, he was not a legal alien allowed to work.[2]

8. As a result of providing false information, Da Silva received and possessed a Social Security card with social security account number "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."

9. On April 23, 2002, Da Silva applied for a

---

... produced without such authority [shall be guilty of a crime].

[2] Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, he pled guilty to conspiracy to commit fraud in connection with identification documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April 2000 to December 2002. See Ind. 02-10405-GAO.

Massachusetts driver's license in Midlesex County. On the application, he used the SSN he fraudulently obtained by providing the SSN to the RMV. As a result, a Massachusetts driver's license was issued to Da Silva.

Based upon the foregoing information, I believe there is probable cause to believe that on or about April 23, 2002, Da Silva did knowingly possess an identification document that is or appears to be an identification document of the United States which was ... produced without lawful authority knowing that such document was ... produced without such authority in violation of Title 18, United States Code, Section 1028(a)(6).

```
_____
Vance Ely
Special Agent
United States Social Security
Administration
Office of Inspector General
```

Subscribed and sworn to before me this 14th day of September, 2004

```
_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE
```

4

JS 45 (5/97) - (Revised USAO MA 3/25/02)

## Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**      **Category No.** II      **Investigating Agency** SSA

**City** Watertown      **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number   MJ-04-64
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** DORACI PINTO DA SILVA      Juvenile ☐ Yes ☒ No

**Alias Name** DORACI SILVA

**Address** _____

**Birth date:** 1967    **SS#:** 5964    **Sex:** M    **Race:** HISPANIC    **Nationality:** BRAZILIAN

**Defense Counsel if known:** _____      **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** DONALD L. CABELL      **Bar Number if applicable** _____

**Interpreter:** ☒ Yes    ☐ No      **List language and/or dialect:** Portugese

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested      ☐ Regular Process      ☒ In Custody

### Location Status:

**Arrest Date:** August 31, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☒ Misdemeanor 1 ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 14, 2004      **Signature of AUSA:** _/s/ Donald L. Cabell_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy _____

**Name of Defendant**    DORACI PINTO DA SILVA a/k/a DORACI SILVA

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1028(a)(6) | Possession of False Identification Document | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

SSA _____

**SILVA, DORACI P.**
**DOB:3/31/67**

**PRIOR RECORD:**     Page 1

| DATE: | OFFENSE: | COURT: | DISPO: |
|---|---|---|---|
| 2/24/03 | Operating After Susp. Lic. Dkt.#0347CR0299B | Concord District | 8/25/03 Court Cost, 8/23/04 Pd. Dism. |
| | Operating Under Infl. Of Liquor Dkt.#0347CR0299A | Concord District | 8/25/03 Cont. W/O Finding, Split Sent 8/23/04, Prog. Victim Witn. Fee Dism. |